

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Bobby Bowen,

Vs. No. 11-12-00112-CV

Robert E. White and Childs,
Bishop & White, PC,

* From the 70th District
  Court of Ector County,
  Trial Court No. A-119,070.

* May 30, 2014

* Memorandum Opinion by Bailey, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court insofar as it entered a take-nothing summary judgment on the negligence cause of action asserted by Bobby Bowen against Robert E. White and Childs, Bishop & White, PC. We affirm the judgment of the trial court in all other respects, including its entry of a take-nothing summary judgment against Bobby Bowen on his gross negligence cause of action. The cause is remanded for further proceedings. The costs incurred by reason of this appeal are taxed 50% against Bobby Bowen and 50% against Robert E. White and Childs, Bishop & White, PC.